JOSEPH RYNALSKI v. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA.

*Fire insurance—Conditions of policy—Proofs of loss.*

A failure to furnish proofs of loss within 60 days after the fire, as required by the Michigan standard fire insurance policy, will not prevent a recovery in a suit commenced within the 12 months limited by the policy, and after the proofs of loss are furnished; citing *Steele v. Insurance Co.*, 93 Mich. 81.

Error to Bay. (Cobb, J.) Argued June 8, 1893. Decided July 25, 1893.

*Assumpsit.* Plaintiff brings error. Reversed. The facts are stated in the opinion.

*Lindner, Porter & Haffey (James Van Kleeck,* of counsel), for appellant.

*Simonson, Gillett & Courtright,* for defendant.

MONTGOMERY, J.    This is an action on a Michigan standard policy of insurance.    The circuit judge directed a verdict for the defendant, on the ground that the plaintiff failed to show that proofs of loss were furnished within 60 days after the fire.

There is no question that proofs were furnished before suit; indeed, the defendant's plea sets up that such proofs were furnished, and asserts as a defense that the plaintiff was guilty of fraud and false swearing in making the proofs.    The suit was instituted within the 12-months limitation fixed by the policy.    The case is ruled by *Steele v. Insurance Co.*, 93 Mich. 81.

Judgment reversed, and a new trial ordered.

The other Justices concurred.